IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br>     Plaintiff, <br><br> v. <br><br> ELIZABETH VALLES AND CHRIS VALLES. <br>     Defendants. | § § § § § § § § § § | Civil Action No. 5:20-cv-00733-DAE |

## AGREED FINAL JUDGMENT

Plaintiff Mortgage Electronic Registration Systems, Inc. ("MERS" or "Plaintiff") and Defendants Elizabeth Valles and Chris Valles (collectively, "Defendants") have resolved all matters in controversy between them in this case and as part of their resolution hereby file this Agreed Final Judgment.

Therefore, the Court hereby RENDERS judgment in favor of Plaintiff.

The Court ORDERS and DECLARES as follows:

1. The releases of lien recorded on March 30, 2020 as Document Numbers 20200066534 and 20200066535 in the Bexar County, Texas real property records (collectively, the "Releases of Lien") were prepared, executed, and recorded in error and by mistake. The Releases of Lien relate to the property located at 11327 Luckey Ledge, San Antonio, Texas 78252, more specifically described as follows:

> LOT ELEVEN (11) BLOCK FOUR (4), CB 4319, OF LUCKEY RANCH, UNIT 5, A SUBDIVISION BEXAR COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 9652, PAGE 149 OF THE DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS. (the "Property")

2. The Releases of Lien are hereby rescinded, declared void, and are of no force or effect.

3.      The Deed of Trust related to the Property that was recorded on July 8, 2013 as Document Number 2013139502 in the Bexar County, Texas real property records is of full force and effect as it was prior to the recording of the erroneous Releases of Lien because an amount remains due and owing on the loan secured by the Deed of Trust.  This order does not alter the terms of the Deed of Trust in any way, and the Deed of Trust remains a first priority lien on the Property as it was prior to the recording of the erroneous Releases of Lien.

4.      A Notice of Lis Pendens (the "Lis Pendens") was recorded on June 29, 2020 as Document Number 20200139551 in the Bexar County, Texas real property records related to this litigation and the Property.  The Lis Pendens is hereby released.

5.      All parties shall bear their own attorney's fees and costs.

Signed on this 12th day of August, 2020.

_____
HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

By: */s/ Valerie Henderson*
**Valerie Henderson**
Texas Bar No. 24078655
**Melissa Vest**
Texas Bar No. 24096002
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile
vhenderson@bakerdonelson.com
mvest@bakerdonelson.com

*Attorneys for Plaintiff*

and

By: *Barry Efron*
**Barry L. Efron**
Texas Bar No. 00793003
**EFRON & EFRON, INC.**
10010 San Pedro Avenue, Suite 660
San Antonio, Texas 78216
Telephone: (210) 366-9676
befron@efron-efron.com

*Attorney for Defendants*